# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACEY LEE HAUN,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 924(a)(1)(D)<br>18 U.S.C. § 924(d)(1)<br><br>**FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY ALLEGES:**

## COUNT ONE
**(Engaging in the Business of Dealing in Firearms without a License)**

1. On or about April 14, 2022, in the Southern District of Ohio, Defendant **TRACEY LEE HAUN**, not being a licensed dealer, did willfully engage in the business of dealing in firearms, namely, one Glock 19, 9mm caliber pistol, bearing serial number BDBS868.

**In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).**

## COUNT TWO
**(Engaging in the Business of Dealing in Firearms without a License)**

2. On or about April 22, 2022, in the Southern District of Ohio, the defendant, **TRACEY LEE HAUN**, not being a licensed dealer, did willfully engage in the business of dealing in firearms, namely, one I.W.I., Tavor model SAR, .223 caliber rifle, bearing serial number T0031489.

**In violation of 18, U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).**

## FORFEITURE ALLEGATION

1. The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses alleged in the Information, the defendant, **TRACEY LEE HAUN,** shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to the following:

   a. An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00630;
   b. An Anderson Manufacturing AM-15 rifle, bearing Serial Number 17007143;
   c. An Aero Precision M5 rifle, bearing Serial Number US46350;
   d. A Glock GMBH 17CGEN4, 9mm pistol, bearing Serial Number TXX502;
   e. A CMMG Inc., MK47 7.62 caliber pistol, bearing Serial Number BSJ01221;
   f. A Maxim Defense Industries, LLC MD:15 pistol, bearing Serial Number VK005114;
   g. A Glock GMBH 26, 9mm pistol, bearing Serial Number UFL809;
   h. An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00624;
   i. A Zastava Z-Pap M70, 7.62 caliber rifle, bearing Serial Number Z70-099884;
   j. A Smith & Wesson revolver, bearing Serial Number 239364;
   k. A Smith & Wesson M&P 9C, 9mm pistol, bearing Serial Number DXW3547;
   l. A Smith & Wesson 640, .380 caliber revolver, bearing Serial Number 043;
   m. An Iver Johnson Sealed 8, .22 caliber revolver, bearing Serial Number N43489;
   n. An FNH USA, LLC 509, 9mm pistol, bearing Serial Number GKS0047113;
   o. A Glock GMBH 43X, 9mm pistol, bearing Serial Number BPBL215;
   p. An Israel Weapon IND-IWI (Israel Military IND-IMI) Tavor X95, 5.56 rifle, bearing Serial Number T1010634;
   q. A Spike's Tactical LLC Crusader rifle, bearing Serial Number DV027882;
   r. A Smith & Wesson 60, .38 caliber revolver, bearing Serial Number BPY9752;

    s.    A Geissele Automatics, LLC SD-556, 5.56 caliber rifle, bearing Serial Number SD556-2000017; and

    t.    Any magazines and assorted rounds of ammunition, including:
- i. Approximately 116 rounds of Frontier brand 5.56 caliber ammunition;
- ii. Approximately 70 rounds of Winchester-Western brand 9mm ammunition;
- iii. Approximately 3,928 rounds of assorted ammunition;
- iv. Approximately 330 rounds of Tula Cartridge Works - Russia brand 7.62 caliber ammunition;
- v. Approximately 90 rounds of assorted 5.56 caliber ammunition;
- vi. Approximately 5 rounds of CCI brand .22 caliber ammunition;
- vii. Approximately 29 rounds of Frontier brand .223 caliber ammunition; and
- viii. Approximately 5 rounds of Winchester-Western brand .38 caliber ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KENNETH L. PARKER
United States Attorney

*/s/ Elizabeth A. Geraghty*
ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney